UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15cv23357

RESOURCE TECHNOLOGY
CORPORATION,

    Plaintiff,

vs.

U.S. PRECIOUS METALS, INC.,

    Defendant.

_____/

## DEFENDANT U.S. PRECIOUS METALS, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, U.S. PRECIOUS METALS, INC. (hereinafter "U.S. Precious Metals") by and through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 3.01 (g), hereby moves for an enlargement of time through and including September 25, 2015 to file its Response to Plaintiff's Complaint in this matter. In support thereof, U.S. Precious Metals states as follows:

1    U.S. Precious Metals filed its Notice of Removal in this action on September 4, 2015, and its response to the Complaint is currently due September 11, 2015.

2    Due to other pressing matters, the undersigned requires additional time to consult with U.S. Precious Metals in order to prepare a response to Plaintiff's Complaint.

146346.00601/101422630v.1

3      U.S. Precious Metals respectfully requests an extension of time through and including September 25, 2015 to file its response to Plaintiff's Complaint.

4      The undersigned counsel has conferred with Plaintiff's counsel, who has indicated that he has no opposition to the requested extension of time.

5      This Motion is made in good faith and not to hinder or delay these proceedings.

6      No party will be prejudiced by the requested extension

WHEREFORE, Defendant, U.S. Precious Metals, respectfully requests that this Court enter an order granting the requested extension of time through and including September 25, 2015 for U.S. Precious Metals to file its response to Plaintiff's Complaint in this matter.

Respectfully submitted,

**BLANK ROME LLP**
500 E. Broward Blvd., Suite 2100
Fort Lauderdale, FL 33394
Telephone: (954) 512-1832
Facsimile:  (954) 512-1785

By: */s/ Jose R. Riguera*
Jose R. Riguera
Florida Bar No. 860905
bocaeservice@blankrome.com
jriguera@blankrome.com
dlewis@blankrome.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on September 10, 2015 by transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List Below.

**BLANK ROME LLP**

By: */s/ Jose R. Riguera*
Jose R. Riguera

## SERVICE LIST

**Sent via Notice of Electronic Filing**:

Russell L. Forkey, Esq.
RUSSELL L. FORKEY, P.A.
1075 Broken Sound Parkway, N.W.
Suite 103
Boca Raton, FL 33487
Email:  rforkey@forkeylaw.com