UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RESOURCE TECHNOLOGY
CORPORATION,

    Plaintiff,

v.

U.S. PRECIOUS METALS, INC.,

    Defendant.
_____/

U.S. PRECIOUS METALS, INC.,

    Third-Party Plaintiff,

v.

PLASMAFICATION TECHNOLOGY
HOLDINGS, LLC; et al,

    Third-Party Defendants.
_____/

Case No.: 1:15-cv-23357

### THIRD-PARTY, SPANO'S, NOTICE OF FILING AFFIDAVIT IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF JURISDICTION

Third-Party Defendant Joseph Spano ("Spano"), by and through undersigned counsel hereby gives notice of his filing his affidavit in support of Spano's Motion to Dismiss for Lack of Long-Arm Jurisdiction over him.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court and delivered to the following parties and their attorneys via the CM/ECF system on this 3rd day of November 2015:

Respectfully submitted,

Russell L. Forkey, P.A.
Attorney for Third-Party Defendants
(excluding Schneer)
1075 Broken Sound Pkwy NW, Suite 103
Boca Raton, FL 33487-3541
Telephone:  (561) 406-4644
Facsimile:  (561) 406-4633
rforeky@forkeylaw.com


By: */s/ Russell L. Forkey*
     Russell L. Forkey, Esq.
     Florida Bar No. 146757

## SERVICE LIST

**BLANK ROME LLP**
*Counsel for Defendant U.S. Precious Metals, Inc.*
Jose R. Riguera, Esq.
Broward Financial Centre
500 East Broward Boulevard, Suite 2100
Fort Lauderdale, FL 33394
 jriguera@blankrome.com


**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Inbal Paz Garrity, Esq.
Andrew T. Hambelton, Esq.
igarrity@blankrome.com
ahambelton@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-23357

RESOURCE TECHNOLOGY
CORPORATION,

    Plaintiff,

vs.

U.S. PRECIOUS METALS, INC.,

    Defendant.
_____/

U.S. PRECIOUS METALS, INC.,

    Third-Party Plaintiff,

vs.

PLASMAFICATION TECHNOLOGY
HOLDINGS, LLC, GENNARO (JERRY)
PANE, JOSEPH SPANO, BARRINGTON
(BARRY) SCHNEER, and CHAD
ALTIERI,

    Third-Party Defendants.
_____/

## AFFIDAVIT OF JOSEPH SPANO

**STATE OF NEW JERSEY**    )

**COUNTY OF MONMOUTH**    )

    **BEFORE ME** the undersigned authority personally appeared, Joseph Spano, who after first being duly sworn deposes and states as follows:

    1.    My name is Joseph Spano. I am over the age of 18. This affidavit if based on my personal knowledge.

2. I am a resident of New Jersey and my address is: 196 Betsy Ross Dr. Freehold, NJ, 08857. I have lived at that address for the last (31) thirty-one years. I have never been a resident of Florida. I have not held any professional occupational or vocational license(s) issued by the State of Florida. I have not been registered to vote in Florida and I have never possessed a Florida driver's license. I have not had a bank account in Florida, have not owned any real estate in Florida, and have never operated any businesses in the State of Florida.

3. I have never been licensed or registered to do business in Florida.

4. I have never maintained a resident agent or an office for service of process in Florida

5. I have never maintained an office in Florida.

6. I have never maintained any employees or officers in Florida.

7. I have never maintained a land line phone, a cell phone, a bank account, or post office box in Florida.

8. I have never owned or leased vehicles, water craft, or air craft registered in Florida.

9. I have never owned, possessed, or held a mortgage or other lien on any real property in Florida.

10. I have never entered into a contract in Florida. I have never committed any tort, in whole or in part, in Florida.

11. I have never entered into a contract that was required to be performed in Florida.

12. I have never filed suit in a Florida court.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Joseph Spano

Before me, the undersigned authority, personally appeared Joseph Spano, who by me being duly sworn, deposes and says that the foregoing is true and correct to the best of his knowledge and belief.

WITNESS, my hand and official seal in the County and State last aforesaid, this 28 day of October, 2015.

_____
NOTARY PUBLIC

My commission expires: _____

Dated: _____, 2015

ANTHONY T. PSOMAS
Notary Public ID# 2223278
State of New Jersey
My Commission Expires March 13, 2019

Russell L. Forkey, P.A.
1075 Broken Sound Parkway NW, Suite 103
Boca Raton, FL 33487
Tel: (561) 406-4644
Fax: (561) 406-4633
E-mail: rforkey@forkeylaw.com.

By: /s/ Russell L. Forkey
Russell L. Forkey, Esq.
FBN 146757

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 11/3 ~~October 28~~, 2015 a true and correct copy of the foregoing has been furnished via E-Portal to: Jose R. Riguera, Esq. of Blank Rome, LLP., 500 E. Broward Blvd., Suite 2100, Fort Lauderdale, FL 33394, E-mail: bocaservice@blankrome.com, jriguera@blankrome.com, dlewis@blankrome.com, Inbal Paz Garrity, Esq. of Blank Rome, LLP., The Chrysler Building, 405 Lexington Avenue, New York, New York 10174, E-mail:

igarrity@blankrome.com; IPaz@BlankRome.com, Andrew T. Hambelton, Esq. of Blank Rome, LLP., The Chrysler Building, 405 Lexington Avenue, New York, New York 10174 E-mail: ahambelton@blankrome.com.

        Russell L. Forkey, P.A.
        1075 Broken Sound Parkway NW, Suite 103
        Boca Raton, FL 33487
        Tel: (561) 406-4644
        Fax: (561) 406-4633
        E-mail: rforkey@forkeylaw.com.

        By: /s/ Russell L. Forkey
        Russell L. Forkey, Esq.
        FBN 146757